No. 731, Misc. CACHOIAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 735, Misc. CHROMIAK v. CALIFORNIA MENS COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Stanton Price,* Deputy Attorney General, for respondent.

No. 789, Misc. RAGSDALE v. LOUISIANA. Sup. Ct. La. Certiorari denied. Petitioner *pro se.* *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, and *Albin P. Lassiter* for respondent.

No. 815, Misc. TERRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 843, Misc. GREGORY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 849, Misc. HODGDON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.